UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

**ILLINOIS EXTENSION PIPELINE
COMPANY LLC**,

    Plaintiff,

v.

**DANIEL SUMMANN et al,**

    Defendant.                      No. 14-cv-1003-DRH

### JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the Court on plaintiff's Motion to Dismiss.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order granting the plaintiff's Motion for Summary Judgment entered on February 17, 2016 (Doc. 27), the Court finds in favor of the plaintiff and against the defendant as to Count I. Count I is **DISMISSED with prejudice.** Pursuant to the Order granting the Motion to Dismiss on Count II, entered on February 23, 2016 (Doc. 29), Count II is **DISMISSED without prejudice.** This case is **CLOSED.**

                                          **JUSTINE FLANAGAN,
ACTING CLERK OF COURT**

                                          BY:     /s/*Caitlin Fischer*
                                                          **Deputy Clerk**

Dated:  February 23, 2016

Digitally signed by
Judge David R. Herndon
Date: 2016.02.23
15:37:19 -06'00'

APPROVED:
        U.S. DISTRICT JUDGE
        U. S. DISTRICT COURT